UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-101-GCM

| | |
|---|---|
| CARL BENNETT PRIMUS, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FNU PAYNE, Correctional Officer, )<br>)<br>Defendant. )<br>) | **ORDER** |

This matter is on status review. On October 30, 2017, after receiving notice from Defendant that issues of disputed fact preclude summary judgment in this matter, this Court entered an order stating that this matter should proceed to trial. Plaintiff has requested appointment of counsel previously in this matter, and attorney Joshua D. Lanning of the law firm of Moore and Van Allen has agreed to provide pro bono representation to Plaintiff in this action.

Pursuant to 28 U.S.C. § 1915(e)(1), **IT IS HEREBY ORDERED** that Joshua D. Lanning is appointed to serve as counsel for Plaintiff in this case.

Furthermore, the trial in this matter is set for **Monday, August 27, 2018, at 10:00 a.m**. before the Honorable Graham C. Mullen, in the Western District of North Carolina, Charlotte Courthouse, 401 W. Trade St., Charlotte, North Carolina, in Courtroom #2-2.

Signed: May 3, 2018

Graham C. Mullen
United States District Judge