UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:16-cv-101-GCM

| | |
|---|---|
| CARL BENNETT PRIMUS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| FNU PAYNE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon the Court's own motion, the Court hereby orders that the trial in this matter, currently scheduled to begin at 10:00 a.m. on Monday, August 27, 2018, is hereby continued, with a specific date to be determined at a later time.

IT IS SO ORDERED.

Signed: August 21, 2018

Graham C. Mullen
United States District Judge