# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:16-cv-101-GCM

| | |
|---|---|
| CARL BENNETT PRIMUS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| `) | |
| ) | |
| FNU PAYNE, ) | |
| ) | |
| Defendant. ) | |

TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina

TO: Warden, Tabor Correctional Institution, North Carolina Department of Public Safety

**IT IS ORDERED** that the Writ of Habeas Corpus Ad Testificandum, entered by this Court on July 31, 2018, ordering the North Carolina Department of Public Safety to bring the body of Carl Bennett Primus, Jr., offender #1163382, for trial in this Court on Monday, August 27, 2018, is hereby **CANCELLED**.

**IT IS FURTHER ORDERED that the Clerk's Office shall send a copy of this Order to all parties, to the Warden at Tabor Correctional Institution, and to the U.S. Marshal.**

IT IS SO ORDERED.

Signed: August 21, 2018

Graham C. Mullen
United States District Judge